Triplett v. Triplett

ESSIE LEE TRIPLETT v. ARLOW J. TRIPLETT

No. 7728DC690

(Filed 18 July 1978)

**Appeal and Error §§ 38, 45— appellate rules mandatory**
  For failure of defendant to comply with the Rules of Appellate Procedure, which are mandatory, defendant's appeal is dismissed.

APPEAL by defendant from *Sluder, Judge.* Judgment entered 20 May 1977 in District Court, BUNCOMBE County. Heard in the Court of Appeals 24 May 1978.

Action by plaintiff wife seeking divorce from bed and board and alimony from her husband, defendant herein, on grounds of defendant's excessive use of alcohol and wilful failure to provide her with necessary subsistence.

After trial of the matter, the district court made findings of fact and conclusions of law, and based thereon granted plaintiff a divorce from bed and board from defendant, ordered the payment of alimony by defendant, and granted plaintiff possession of the house owned by the parties as tenants by the entireties and the furnishings located therein.

Defendant appealed.

*Van Winkle, Buck, Wall, Starnes, Hyde and Davis, by Philip J. Smith, for the plaintiff.*

*Richard B. Ford and Loren D. Packer for the defendant.*

BROCK, Chief Judge.

Defendant sets out 17 assignments of error in the record on appeal. In his brief, he has failed to state separately the questions presented, and has failed to refer to any of his assignments of error and exceptions, all in violation of App. R. 28(b)(3).

The transcript of the record on appeal was settled by agreement of the parties on 19 July 1977; it was certified by the Clerk of Superior Court on 17 August 1977. App. R. 11(e) requires that the record be certified within 10 days after it has been settled.

The Rules of Appellate Procedure are mandatory. *See Burkhimer v. Coble, Comr. of Revenue*, 35 N.C. App. 127, 239 S.E. 2d 852, *cert. denied*, 294 N.C. 441 (1978). For failure of defendant to comply with the Rules of Appellate Procedure, this appeal is dismissed.

Appeal dismissed.

Judges CLARK and WEBB concur.